# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HOWITT COOK

    VS                                                                                  CASE NO.  3:06cv306/RV/EMT

ANGIE BATTEN, ALLSTATE INSURANCE
COMPANY, and ABHT, INC.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  05/11/2007
Type of Motion/Pleading MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT
Filed by: Defendant Allstate     on 5/10/07     Doc. No. 40
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                                        on _____ Doc. No. _____
                                                        on _____ Doc. No. _____
                                                        WILLIAM M. McCOOL, CLERK OF COURT

                                                        /s/ V. Harmon
                                                        Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 11th  day of  May , 2007, that:

      The requested relief is GRANTED.

                                                        /s/ *Roger Vinson*
                                                        ROGER VINSON
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                              Document No.