# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HOWITT COOK

    VS                                          CASE NO.  3:06cv306/RV/EMT

ANGIE BATTEN, ALLSTATE INSURANCE
COMPANY, and ABHT, INC.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  05/11/2007
Type of Motion/Pleading JOINT MOTION TO DISMISS
Filed by: Plaintiff and        on 5/10/07        Doc. No. 41
       Defendant Allstate
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on              Doc. No.
                                        on              Doc. No.
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        */s/ V. Harmon*
                                        Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 11th  day of  May , 2007, that:

(a)    The requested relief is GRANTED.

(b)    All disputes, claims, and causes of action against defendant Allstate Insurance Company are DISMISSED with prejudice and without taxation of costs.

(c)    This case will continue against the remaining two defendants, Angie Batten and ABHT, Inc.

                                                  */s/ Roger Vinson*
                                                  ROGER VINSON
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.